# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 19-02106JVS(DFMx) | Date | March 20, 2020 |
| Title | Karen Ann Fischer v Boston Scientifi Corporation | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa M Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL AND/OR DEFAULTING DEFENDANT FOR FAILURE TO FILE A RULE 26(f) REPORT**

    The Court sets an Order to Show Cause re Dismissal and/or Entry a Default Against Defendants for failure to file a Joint Rule 26(f) with the completed Exhibit A by the Court ordered deadline of March16, 2020.

    Counsel shall file a written reponse to this Order to Show Cause or a Joint Rule 26f Report by March 30, 2020.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |