Sarah R. London (SBN 267083)
slondon@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Wendy R. Fleishman (*pro hac vice* pending)
wfleishman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Breanne V. Cope (SBN 260217)
breanne@commonsensecounsel.com
COMMON SENSE COUNSEL, LLP
1112 Rhinette Avenue
Burlingame, CA 94010
Telephone: (650) 627-3600
Facsimile: (512) 628-3390

Jack M. Rutherford (SBN 268669)
jack@rfordlaw.com
RUTHERFORD LAW
2811 ½ 2nd Avenue
Los Angeles, CA 90018
Telephone: (323) 641-0784

*Attorneys for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KAREN ANN FISCHER,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 8:19-cv-02106-JVS-DFM<br><br>Hon. James V. Selna<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

2001109.1

1    The Court, having considered the Parties' Stipulation Of Dismissal Without
2 Prejudice stipulating and agreeing that all claims, cross-claims or counterclaims
3 which have been or could have been brought in this action are dismissed without
4 prejudice, and without interest and costs. Finding good cause therefor, HEREBY
5 ORDERS THAT:
6    All claims, cross-claims or counter-claims that have been or could be brought
7 in this action are dismissed without prejudice.
8 IT IS SO ORDERED.

DATED: June 18, 2020

_____
Hon. James V. Selna
United States District Judge